# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERESA RENITA BURWELL,
          Appellant,

vs.

NEVADA ORTHOPEDIC & SPINE
CENTER, LLP; ARTHUR TAYLOR,
M.D.; AND TINA WALLS, ESQ.,
          Respondents.

No. 82910

**FILED**

JUN 04 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for summary judgment. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

No statute or court rule authorizes an appeal from a district court order denying a motion for summary judgment. *See* NRAP 3A(b) (listing appealable determinations); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:     Hon. Adriana Escobar, District Judge
        Teresa Renita Burwell
        McBride Hall
        Walls Law Firm
        Eighth District Court Clerk